UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO:   WA:25-CR-00251(1)-ADA |
| | § | |
| (1) ALVARO BARCENAS-ELIAS | § | |

### ORDER

On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed February 17, 2026, wherein the defendant (1) ALVARO BARCENAS-ELIAS waived appearance before this Court and appeared before United States Magistrate Judge Daniel N. MacLemore for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation.  The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (1) ALVARO BARCENAS-ELIAS to the Report and Recommendation, the Court enters the following order:

**IT IS THEREFORE ORDERED** that the defendant (1) ALVARO BARCENAS-ELIAS' plea of guilty to Count One (1) is accepted.

Signed this 3rd day of March, 2026.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE